IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH B. DEAN, on behalf of herself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-21-0242 |
| BIGGS & GREENSLADE, P.C. and ATLAS CREDIT CO., INC., | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Joint Motion to Compel Arbitration, this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue arbitration against Defendants.

Costs are taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 19th day of May, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE